No. 1318. EL PUEBLO, APELADO, *v.* ENRIQUE, APELANTE.— Infracción artículo 18 en relación con el 17 de la Resolución Conjunta No. 5 del Consejo Ejecutivo, aprobada en 12 de abril de 1917. Guayama. Noviembre 25, 1918. *Confirmada la sentencia apelada.*

No. 1678. CRUZ, REPRESENTADO POR SU MADRE MARGARITA CRUZ, APELANTE, *v.* DOE ET AL., HEREDEROS DESCONOCIDOS DE ANGEL HIDALGO, APELADOS.—Filiación; reconsideración. Humacao. Noviembre 26, 1918. *No ha lugar a la reconsideración solicitada por el apelante.*

No. 1939. MALDONADO, APELADO, *v.* DUMONT, APELANTE.— Daños y perjuicios. Humacao. Noviembre 26, 1918. *Declarada con lugar la moción y desestimada la apelación.*

No. 1322. EL PUEBLO APELADO, *v.* CONCEPCIÓN DÁVILA, APELANTE.—Falsa representación. San Juan, Sección 2ª. Noviembre 29, 1918. *Confirmada la sentencia apelada.*

No. 1324. EL PUEBLO, APELADO, *v.* RAMOS, APELANTE.—Homicidio voluntario. Humacao. Diciembre 2, 1918. *Confirmada la sentencia apelada.*

No. 1323. EL PUEBLO, APELADO, *v.* SOLER, APELANTE.—Infracción artículo 288 del Código Penal. Mayagüez. Diciembre 2, 1918. *Confirmada la sentencia apelada.*

No. 1328. EL PUEBLO, APELADO, *v.* ROSA, APELANTE.—Calumnia e injuria. Humacao. Diciembre 5, 1918. *Confirmada la sentencia apelada.*